

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00241-CV

**EX PARTE** Rigoberto **ACEVEDO**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18410
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed:  June 25, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant, the State of Texas, filed a motion to dismiss this appeal.  We grant the motion.

*See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P.

42.1(d)(absent agreement of parties, costs are taxed against appellant).

PER CURIAM